AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Alaska

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Black Smartphone, Blackberry cellular phone, AT&T prepaid SIM cards- 89014103271599703368 and 89014103271789425384 )

Case No. 1:20-mj-00034-MMS

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ___Alaska___
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 23, 2020___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Matthew M Scoble___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___June 9, 2020/1315 hours___

*Judge's signature*

City and state: ___Anchorage, Alaska___   Matthew M. Scoble, United States Magistrate Judge
*Printed name and title*

Case 1:20-mj-00034-MMS   Document 3   Filed 08/26/20   Page 1 of 2

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 1:20-mj-00034-MMS | Date and time warrant executed: 6/15/2020 3:45 PM | Copy of warrant and inventory left with: In case file - 305B AN-32/3317 |
|---|---|---|

Inventory made in the presence of:
SA Matt Judy - FBI

Inventory of the property taken and name(s) of any person(s) seized:

(186) Black Smartphone - Imaged and seized pursuant to the warrant.

(187) Blackberry Smartphone - unable to image, therefore nothing was seized

(188) - Prepaid SIM Cards (AT+T) 89014103271599703368 and 89014103271789425384 Imaged, but nothing was seized.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/20/2020

Executing officer's signature

FRANK P REID, JR - SPECIAL AGENT/FBI
Printed name and title

Sworn to telephonically, subscribed to and returned electronically, before me this date.

_____ August 26, 2020
MATTHEW M. SCOBLE          Date
U.S. Magistrate Judge